# EXHIBIT A

Hunter College Communication Sciences Program  Spring 2012
Student's Name: Holly Shalom
Supervisor: Lea Borenstein MA, CCC-SLP
ASHA #: 12100489
Semester: Spring   Year: 2012

**Competency Scale** - Each competency should be rated from 0- 4. Decimals may be used (e.g., 1.5, 3.7, etc.). Enter "N/A"
4.0 = Demonstrates the behavior consistently and independently
3.0 = Demonstrates the behavior with general guidance from supervisor
2.0 = Demonstrates the behavior with specific guidance from supervisor
1.0 = Demonstrates the behavior with extensive and repeated instruction from supervisor
0 = Fails to demonstrate the behavior regardless of amount of supervisory input

| I. Preparing, Conducting, Interpreting Evaluations | Midterm | Midterm Comments | Final | Final Comments |
|---|---|---|---|---|
| Understands theory/research (e.g., normal developmental milestones, phonological processes) | 2 | Requires specific guidance explaining concepts (i.e., phonological processes, stimulability, oral peripheral examination) in a way that demonstrates understanding | | |
| Shows growth in the ability to select appropriate test tools | 2.6 | Shows growth, requires further knowledge of specific tools (EOWPVT vs. SPELT). | | |
| Consistently and efficiently readies the test room | 2 | Positioning, client's access to scoring sheet, removing distracting materials i.e. iPad | | |
| Can interview clients and caregivers effectively | 3 | student is able to interview clients effectively | | |
| Is able to quickly establish rapport with new clients | 3.5 | student is able to to establish and maintain rapport with various client types | | |

| | | |
|---|---|---|
| Correctly transfers information and data during the interview | 2.3 | with specific guidance to visually and aurally attend to spontaneous speech, and to obtain perceptual information while a client speaks (gestures, body language, articulatory placement, voicing parameters) |
| Correctly obtains and transfers data during testing | 2 | needs specific guidance to administer testing according to protocol, and collect data during spontaneous speech |
| Is capable of modifying the interview when necessary | 3 | student is able to modify interview questions and collect relevant information |
| Consistently demonstrates the ability to modify the test process as necessary | 1.2 | needs repeated guidance to modify positioning, modifies testing protocols incorrectly at times, demonstrates the ability to choose a new test with general guidance |
| Utilizes and integrates supervisor's suggestions during the evaluation process | 2.8 | requires specific guidance to plan and execute evaluation |
| Draws appropriate conclusions based on interview and test data | 1.5 | requires repeated guidance to interpret results and formulate accurate conclusions and recommendations |
| Makes appropriate referrals (audiology, OT, PT) based on information collected during the evaluation | | N/A |
| Completes drafts and final versions of evaluation report within the designated time period | 1.5 | accomplishes this with specific and repeated requests |

| | Mdtrm | Midterm Comments | Final | Final Comments |
|---|---|---|---|---|
| Synthesizes the supervisor's suggestions and corrections | 2.8 | uses suggestions, does not synthesize independently | | |
| Carries over, utilizes and integrates supervisor's suggestions into following other evaluations | 1 | carries over with repeated reminders (i.e., client positioning, obscuring score sheets) | | |
| **Ratings I Total** | **2.14** | | | |
| II. Developing and Planning Therapy | Mdtrm | Midterm Comments | Final | Final Comments |
| Understands theory/ research (e.g., normal developmental milestones, phonological processes) | 2 | needs specific guidance regarding fluency concepts, expressive v receptive language tasks | | |
| Demonstrates the ability to establish appropriate goals (including carryover and maintenance goals) | 1 | needs repeated instruction regarding measurable goals, and carryover goals | | |
| Consistently submits lesson plans in a timely manner | 2 | needs reminders to submit plans with ample time for corrections | | |
| Develops session/therapy plans effectively | 2 | needs specific guidance regarding fluency concepts, expressive v receptive language tasks | | |
| Implements session/therapy plans effectively | 1 | needs repeated instruction regarding prompting types, needs specific guidance to terminate therapy techniques that are ineffective during the session, and carryover goals | | |
| Demonstrates ability to break goals down into appropriate steps (task analysis skills) | 2 | require specific reminders to make activities more difficult or easier depending on client performance within the session and from session to session | | |

| Criterion | Mtrm | Midterm Comments | Final | Final Comments |
|---|---|---|---|---|
| Shows resourcefulness in obtaining client-appropriate materials/equipment | 2.75 | student is able to independently create appropriate materials(4). student requires specific instruction to use equipment (i.e. mirror, phone, bell) (1.5) | | |
| Shows ingenuity/creativity in developing original techniques/ materials. | 3 | student is resourceful in material use, requires general guidance to vary techniques | | |
| Carries over, utilizes and integrates supervisor's suggestions into the following sessions | 1 | student requires repeated reminders to change strategies and implement suggested prompts | | |
| Shows initiative in developing goals | 2 | student requires repeated reminders to change goal types and prompting aspects for goals. | | |
| Appropriately applies research to planning (e.g., cycles method) | 2 | needs specific guidance, finds rationale for treatment types. Does not do so independently | | |
| Demonstrates evidence-based practice | 2 | needs specific guidance, finds rationale for treatment types. Does not do so independently | | |

**Rating II Total: 1.90**

| III. Therapeutic Intervention | Mtrm | Midterm Comments | Final | Final Comments |
|---|---|---|---|---|
| Conducts the session effectively. | 1 | student needs specific guidance implementing goals, modifying equipment use, using multiple modalities (i.e. visual and audio) and strategies (using too many strategies or too few) | | |

| Criterion | Score | Comments |
|---|---|---|
| Gives clear instructions | 1 | needs repeated guidance to present goals to clients, explaining purpose of each task, what is expected of the client for each task clearly, and consistently checking that client's understand the tasks |
| Shows proficiency in using materials | 2.2 | requires specific guidance to use appropriate equipment (i.e., video, phone, obscuring visual stimuli) |
| Motivates the client to respond | 3 | student is able to get client responses, and uses motivating material appropriate for each client |
| Is flexible and responsive to client's needs | 2 | needs specific guidance to maintain client comfort, and react to client's body language. |
| Shows effective use of time | 2.5 | requires specific guidance to use conversations as data points and redirect client to tasks presented |
| Provides maximum opportunities for client practice | 2 | student has made marked improvement, repeated guidance provided |
| Paces session effectively | 3 | paces effectively with general guidance to attend to client's attentiveness (i.e., client's body language and willingness) |
| Ease in the clinical situation | 3.8 | student is able to maintain composure well during all sessions |
| Focuses on client and not on self | 2.7 | needs general guidance to attend to client's attentiveness (i.e., client's body language and willingness) |

| | | Midterm Comments | | Final Comments |
|---|---|---|---|---|
| Uses shaping techniques effectively | 1 | requires repeated guidance to provide adequate feedback directly after incorrect productions to shape behaviors. | | |
| Shows ability to set and enforce limits, re: client behavior | 1 | requires specific guidance to redirect client to tasks presented | | |
| Accurate documents client responses during or after session | 2 | requires specific guidance to describe client's responses accurately | | |
| Organizes and manages reserve materials efficiently | | N/A | | |
| **Rating III Total: 2.09** | | | | |
| **IV. Writing Skills** | | Midterm Comments | Final | Final Comments |
| General writing | | | | |
| Uses appropriate professional language/terminology | 2.3 | requires specific guidance regarding terminology, appropriate statements and style | | |
| Uses grammar, punctuation, spelling correctly | 2.5 | requires specific guidance regarding rules of punctuation, grammar and spelling. | | |
| Edits own writing | 2.4 | requires frequent reminders to proofread and organize written submissions. | | |
| Reveals rationale, methodology, information | 2.5 | requires guidance towards rationale at times, can demonstrate this skill independently at times | | |
| Always includes complete information | 2 | requires guidance to include all pertinent information (initial conv. data, client initial complaints and all items administered) | | |
| Writes cohesively | 2 | student demonstrates writing in cohesive manner, generally | | |
| Appropriately develops own writing style | 2.5 | requires guidance to write in client-focused style | | |

| | Rating | Midterm Comments |
|---|---|---|
| Correctly submits other paperwork (e.g., End of Semester Summary, Client Disposition Forms, etc.) | 3 | requires general reminders to collect paperwork and enter submissions into the folder. |
| Implements and integrates revisions as required by supervisor | 2 | requires guidance to integrate at times, can demonstrate this skill independently at times (3). Requires specific guidance to implement suggestions (1) |
| Submits drafts and revisions on or before deadlines | 2 | needs specific reminders to submit second and third drafts. 1st drafts are timely |
| **SOAP notes** | | |
| Writes notes correctly; adheres to format | 2 | needs specific instruction to write sections appropriately, organize information and keep writing concise |
| Includes necessary and complete information | 2 | student includes redundant information at times and describes sessions in lengthy, narrative form |
| **Evaluations** | | |
| Adheres to report writing format | 2 | the student is able to demonstrate general formatting rules |
| When writing, synthesizes events and gives meaning to the report (information is not just listed, but is explained) | 2.2 | requires specific guidance to explain/analyze findings and enumerate strengths and weaknesses of clients according to evaluative findings |
| **Treatment Plan and End of Semester Summary** | | |
| Adheres to format(s) | | N/A |

| Ratings IV Total | | Final |
|---|---|---|
| V Professional-Personal | | Midterm Comments: | Final Comments |
| Consistently maintains an appropriate rate of speech | 2.5 | rate increases at times | |
| Can sufficiently provide optimal speech model for clients (e.g., can model phoneme despite accent) | 2.6 | needs specific guidance to model fluency techniques, this skill is emerging | |

| Item | Score | Comment |
|---|---|---|
| Appears confident and in control (e.g., does not freeze, panic) | 3.8 | Student is confident and maintains a professional tone throughout her sessions |
| Uses appropriate language, loudness, tactfulness | 3 | generaneeds l guidance to tactfully provide counseling |
| Shows dependability/reliability | 3 | general guidance to handle unexpected events |
| Is aware of own strengths and weaknesses | 1 | has difficulty identifying strengths and weaknesses |
| Shows ability to self-monitor clinical role | 2.2 | needs specific guidance to self-monitor effective therapy and techniques that are not effective for the client |
| Cooperates with peers | 3 | needs reminders to collaborate |
| Actively participates in the supervisory process | 1 | needs repeated suggestions to meet, or discuss items identified as problematic |
| Initiates assistance from supervisor, maintains appropriate boundaries | 1 | suggested meetings and review in person are not coordinated |
| Accepts feedback in a positive manner (non-defensive) | 1 | student requires repeated feedback in person, written and electronic modalities. |
| Adheres to supervisor's comments, suggestions, counsel | 2 | requires specific guidance to heed suggestions, comments made |
| Adheres to Center procedures (e.g., client disposition forms, video logs, video recording, release forms, materials/test checkouts, filing charts | 2.5 | needs general guidance to file, note and schedule clients |
| Follows through on recommended suggestions | 1.2 | student requires repeated feedback in person, written and electronic modalities. |
| Participates in clinic/office management | 2.7 | reminders to contact clients and follow-up with scheduling |
| Prepares room prior to sessions | 2 | Continues to require guidance about positioning of clients & keeping areas free of distractions. |
| Dresses appropriately for the clinical setting | 3.8 | Attire is always professional |
| Maintains room after sessions | 3.3 | Rooms are maintained after each session |

| | | | |
|---|---|---|---|
| Follows infection control procedures/universal health precautions | 1 | needs to use appropriate infection control procedures during oral-peripheral exams, use purell and disposal of contaminated objects such as gloves and tongue depressors. Maintain a germ-free environment that protects clients and clinician | |
| Adheres to HIPAA, ASHA Code of Ethics, privacy, etc. | 2 | needs specific guidance to use folders, and remove personal information in emails | |

Rating V Total  2.23

**The student treated the following populations during this semester:**

Enter "X" for "yes" or leave blank for "no"

| | |
|---|---|
| Early Intervention (0-3) | |
| Preschool (3-5) | |
| School Age | X |
| Adolescent | X |
| Adult | X |

**The student treated the following types of disorders during this semester:**

Enter "X" for "yes" and leave blank for "no"

| | | | |
|---|---|---|---|
| Articulation/Phonology | X | Fluency | X |
| Language | X | Voice/Resonance | |
| Swallowing | | Cognitive | |
| Pragmatics/Social Aspects | | Hearing | |
| unication Modalities (oral, manual, augmentative, assistive) | | | |
| Other(s) | | | |

Number of hours per week with this supervisor   5

Supervisors must answer the following question at FINAL only:
Is this student functioning independent enough to be placed at an externship?

*Summary of Competency Ratings*

| | Midterm | Final |
|---|---|---|
| Ratings I | 2.14 | ##### |
| Ratings II | 1.90 | ##### |
| Ratings III | 2.09 | ##### |
| Ratings IV | 2.39 | ##### |
| Ratings V | 2.23 | ##### |

*Midterm Evaluation*
**Student's Signature:** _____ Date: _____  **Supervisor's Signature:** _____ Date: _____

I have read this evaluation and have had the opportunity to discuss its contents with the clinical supervisor named above. (Comments may be written on a separate page, dated and attached.)

*Final Evaluation*
**Student's Signature:** _____ Date: _____  **Supervisor's Signature:** _____ Date: _____

I have read this evaluation and have had the opportunity to discuss its contents with the clinical supervisor named above. (Comments may be written on a separate page, dated and attached.)