# EXHIBIT B

## Lisa Hochstadt

| | |
|---|---|
| **From:** | Donald Vogel [dvoge@hunter.cuny.edu] |
| **Sent:** | Wednesday, November 10, 2010 5:00 PM |
| **To:** | hshalo |
| **Subject:** | An FYI |

Hi Holly,

Just an FYI, one of the first year students called to my attention that you left your mail and client's SOAP notes open on the clinic's computer today (the one by the copy machine). Your Hunter mail account was immediately logged out to protect your privacy and the SOAP noted was deleted as we don't keep that information on the computers permanently. Please be careful in the future to help keep your personal and client's information secure and private.

Dr. Vogel

--

Dr. Donald A. Vogel, AuD
Board Certified Audiologist
Director, Hunter College Center for Communication Disorders
Assistant Professor
Hunter College and CUNY Graduate Center
212 481 2188

## Lisa Hochstadt

| | |
|---|---|
| **From:** | Donald Vogel [dvoge@hunter.cuny.edu] |
| **Sent:** | Tuesday, November 16, 2010 4:51 PM |
| **To:** | hshalo |
| **Cc:** | Paul Cascella |
| **Subject:** | Client Papers from File |

HI Holly,

After you left last night, I went into the student file room where you and other students were working. Some papers were left on the table and looking at them, I noticed they belonged to the chart of your client, SG.

You might have inadvertently left papers on the table, however, this is another situation in which your client's privacy has been compromised. In the past week these are the situations I have noted which necessitate asking if you understand our privacy policies:

1. Closing the door during your client's treatment sessions (once last week, again yesterday; you were informed of last week's situation by both Mrs. Westle and myself, and again yesterday by Mrs. Bousel).
2. Leaving a SOAP note open on the clinic's computer by the copy machine (your own mail account was also left open, thus jeopardizing your own privacy as well).
3. Client information papers left in the student file room after hours (risk of loss and jeopardizing privacy).
4. Client charts are not secure as papers are not installed the chart's clasp (risking loss and jeopardizing privacy).

Please let me know what plan you have enacted thus assuring me these situations won't happen again.

Best,
Dr. Vogel
--
Dr. Donald A. Vogel, AuD
Board Certified Audiologist
Director, Hunter College Center for Communication Disorders
Assistant Professor
Hunter College and CUNY Graduate Center
212 481 2188

1

## Lisa Hochstadt

| | |
|---|---|
| **From:** | Donald Vogel [dvoge@hunter.cuny.edu] |
| **Sent:** | Wednesday, November 17, 2010 5:18 PM |
| **To:** | hshalo |
| **Cc:** | Diana Bousel; Paul Cascella |
| **Subject:** | Another SOAP note |

Hi Holly,
I just need to let you know Mrs. Blinder found a SOAP note for your client, SG, on the floor in the file room of clinic (just now, 11/17/10 6pm).
Please take care of your paperwork so it does not get lost.
Dr. Vogel
--

Dr. Donald A. Vogel, AuD
Board Certified Audiologist
Director, Hunter College Center for Communication Disorders
Assistant Professor
Hunter College and CUNY Graduate Center
212 481 2188

1

From: Donald Vogel <dvoge@hunter.cuny.edu>
Date: December 2, 2010 8:00:32 AM EST
To: "Donald Vogel, AuD" <donald.vogel@hunter.cuny.edu>
Subject: Fwd: Another SOAP note

Begin forwarded message:
From: Donald Vogel <dvoge@hunter.cuny.edu>
Date: November 17, 2010 9:33:06 PM EST
To: hshalo@hunter.cuny.edu
Cc: "Diana Bousel" <dbousel@hotmail.com>, "Paul Cascella"
<pcascell@hunter.cuny.edu>
Subject: Re: Another SOAP note

Hi Holly,
It seems that you lost track of one of your papers, which Mrs. Blinder found. Why don't
we start to employ some strategies to help you keep organized with your clinical work?
I'm at ASHA tomorrow through Saturday, but I'll be back in the clinic on Monday. How
about if you and I touch base when I return and talk about these strategies and we can
work together to help you.
Best,
Dr. Vogel

On Nov 17, 2010, at 8:13 PM, hshalo wrote:

Dr. Vogel -

I find this very confusing as I had out 2 copies of SOAP notes that Mrs. Bousel
corrected and a lesson plan. I have all of them with me. Any other papers I had
were in my bag.

Holy

Dr. Donald A. Vogel, AuD
Board Certified Audiologist, CCC-A
Director, Hunter College Center for Communication Disorders
Assistant Professor, Hunter College-CUNY