# EXHIBIT C

## Lisa Hochstadt

| | |
|---|---|
| **From:** | Robin [rwestle@yahoo.com] |
| **Sent:** | Thursday, June 30, 2011 11:23 AM |
| **To:** | lisa.hochstadt@hunter.cuny.edu; laura.nixon@mail.cuny.edu |
| **Subject:** | Fwd: Clinic clean up |

Sent from my iPad

Begin forwarded message:

> **From:** Robin Westle <rwestle@yahoo.com>
> **Date:** November 10, 2010 3:58:35 PM EST
> **To:** hshalo@hunter.cuny.edu
> **Subject: Fw: Clinic clean up**
>
> Holly,
>
> I received this email from Dr. Vogel last night.. It is very concerning to me as I know we
> have had discussions in the past regarding keeping the therapy room neat. I would
> assume you knew that this would mean the clinic as well. I do not relish getiing emails
> such as this from Dr. Vogel and I hope you will discuss it with him.
>
> Robin Westle
>
> ----- Forwarded Message ----
> **From:** Donald Vogel <dvoge@hunter.cuny.edu>
> **To:** Robin Westle <rwestle@yahoo.com>
> **Sent:** Tue, November 9, 2010 5:26:45 PM
> **Subject:** Clinic clean up
>
> Hi Robin
> I'm a bit concerned about your student not cleaning up and leaving a safety hazard in our narrow
> hallways. I'm sorry, but I feel a record is imperative, hence the picture. Although it doesn't look like much,
> in our facility we need to be diligent regarding safety and just plain courtesy. Someone with low vision
> coming from Audiology could have tripped on this object. Someone also had to clean it up. Just leaving
> after using materials is not acceptable and I trust you will address this with your student.

1

CUNY 00000812



CUNY 00000813