# EXHIBIT F

From: dvoge@hunter.cuny.edu
Date: February 24, 2010 3:57:49 PM EST
To: dvoge@hunter.cuny.edu
Subject: HUNTR_COMSC_72800_001_201002: Clinic Dress

I realize that there has been inclement weather for the first several weeks of the semester. However, that is no excuse for the inappropriate clothing I've noticed some of you wearing in clinic.
Tight slacks with boots over them - NO!
Sloppy tops over tight work pants - NO!
Wearing coats in clinic - NO!

Please dress appropriately and responsibly as a clinician. Please take pride in how you look and present yourself. We are not running a weekend workshop, but a community service in which our clients look to us as professionals.

PLEASE! Do not put me the in the position of asking you to go home and change!!!!

One other note: there are nearly 40 (FORTY, F-O-R-T-Y) of you in clinic. Everyone needs to start cleaning up after themselves. It is unfair and inappropriate to "forget" to throw out water bottles, coffee cups, (new or used) juice containers or just be courteous about your communal presence here.

People....GET IT TOGETHER AS A GROUP!!!!! The supervisors, office manager and I do not need to be policing your habits.

Thanks for taking the above matters seriously.