# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Holly Shalom

(List the full name(s) of the plaintiff(s)/petitioner(s).)

13 cv 4667 (SAS)( )

CORRECTED
**NOTICE OF APPEAL**

-against-

Hunter College of the City University of NY

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Holly Shalom

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☒ order entered on: 8/13/14

(date that judgment or order was entered on docket)

that: Granting of defendant's motion for summary judgement

(If the appeal is from an order, provide a brief description above of the decision in the order.)

9/8/14
Dated

Holly Shalom
Signature

Shalom, Holly B.
Name (Last, First, MI)

2967 Bond Drive  Merrick  NY  11566
Address  City  State  Zip Code

(516) 659-8354
Telephone Number

HollyShalom@gmail.com
E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.